# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-20273

MICHAEL EUGENE ROBERTS,

United States Court of Appeals
Fifth Circuit

**FILED**

September 19, 2018

Plaintiff–Appellant

Lyle W. Cayce
Clerk

v.

CITY OF HOUSTON, Houston Police Department; CHANDRA M.
FERDINAND, Formerly Houston Police Department Officer #1; KENNETH
FEDDERSON, Formerly Houston Police Department Officer #2; DOCTOR
NNAKA CHIDI, Formerly G.I. Reisner; CHARLES A. MCCLELLAND, Chief
of Police,

Defendants–Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4-14-CV-903

Before JONES, BARKSDALE, and WILLETT, Circuit Judges.

PER CURIAM:*

Michael Roberts sued the Houston Police Department, the Chief of
Police, some individual officers, and Dr. Nnaka Chidi under 42 U.S.C. § 1983
for alleged mistreatment during his arrest, blood draw, and subsequent
medical care. The district court granted summary judgment on all claims to all
Defendants, concluding there were no genuine disputes of material fact.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-20273

Having reviewed the parties' briefs and the record, we AFFIRM the judgment of the district court essentially for the reasons given in its thorough Memorandum Opinion and Order of March 31, 2017.